[No. 7474-1-I.   Division One.   December 29, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA
ANN GONZALES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86342, H. Joseph Coleman, J., entered Febru-
ary 13, 1979. *Affirmed in part* and *reversed in part* by

unpublished opinion per Callow, C.J., concurred in by Dore, J., Andersen, J., dissenting.